United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>ROSALIE AUBREE GUANCIONE,<br><br>   Debtor.<br>_____/<br><br>ROSALIE A. GUANCIONE,<br><br>   Appellant(s),<br>   v.<br><br>STATE OF CALIFORNIA, et. al.,<br><br>   Respondent(s).<br>_____/ | CASE NOs. 5:14-cv-02541 EJD; 5:14-cv-02542 EJD; 5:14-cv-02543 EJD<br><br>**ORDER CONSOLIDATING CASES** |

On July 8, 2014, the court issued an Order to Show Cause ("OSC") notifying the parties of its intention to consolidate the above-entitled actions into one case number since the Notices of Appeal filed in each case purport to appeal from the same three orders issued by the United States Bankruptcy Court on May 15, 2014 and May 22, 2014. The court ordered Appellant Rosalie A. Guancione to file a response to the OSC on or before July 18, 2014, if she disagreed with the proposed consolidation. She did not do so.

Accordingly, the Clerk shall consolidate case numbers 5:14-cv-02541 EJD, 5:14-cv-02542 EJD, and 5:14-cv-02543 EJD into one case such that the earliest-filed action, 5:12-cv-02541 EJD, is the lead case. All future filings shall be in 5:14-cv-02541 EJD, and the Clerk shall administratively

close case numbers 5:14-cv-02542 EJD and 5:14-cv-02543 EJD.

Briefing shall occur according to the scheduling order filed on June 3, 2014, and shall also be consolidated such that only one opening, one responsive and one reply brief addressing all challenged orders shall be filed.

**IT IS SO ORDERED.**

Dated:  July 23, 2014

_____
EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROSALIE AUBREE GUANCIONE,<br><br>　　　　Debtor.<br>_____/ | CASE NOs. 5:14-cv-02541 EJD; 5:14-cv-02542 EJD; 5:14-cv-02543 EJD<br><br>**CERTIFICATE OF SERVICE** |

ROSALIE A. GUANCIONE,

　　　　Plaintiff(s),

v.

STATE OF CALIFORNIA, et. al.,

　　　　Defendant(s).,
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Rosalie Aubree Guancione
P. O. Box 90452
San Jose, CA 95109

Dated: July 23, 2014

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　/s/ By: Elizabeth Garcia, Deputy Clerk