United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br>ROSALIE AUBREE GUANCIONE,<br>      Debtor.<br><br>ROSALIE A. GUANCIONE,<br>      Plaintiff,<br>  v.<br>STATE OF CALIFORNIA,<br>      Defendant. | Case No. 5:14-cv-02541-EJD<br><br>**ORDER TO SHOW CAUSE** |

On June 3, 2014, the Clerk docketed a Notice of Appeal filed by Plaintiff Rosalie A. Guancione ("Plaintiff") and assigned the matter to the undersigned. See Docket Item No. 1. Thereafter, Plaintiff filed on June 16, 2014, a "(Preliminary) Designation of Record on Appeal" - which is basically the entire docket of the underlying adversary action - and also requested "that the clerk not begin the preparation of the record until an amended designation of the record is submitted." See Docket Item No. 5. To date, however, Plaintiff has not filed an amended designation of the record, nor has she filed an opening brief.

Accordingly, the court hereby issues an order to show cause why this appeal should not be dismissed for failure to prosecute. If Plaintiff does not, by **March 13, 2015**, demonstrate good cause in writing why this appeal should not be dismissed, the court will dismiss the action with

Case 5:14-cv-02541-EJD   Document 14   Filed 03/04/15   Page 2 of 2

1 prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Federal Rules of Bankruptcy
2 Procedure 8003(a)(2) and 8009(g).  No hearing will be held on the order to show cause unless
3 otherwise ordered by the court.

5 **IT IS SO ORDERED.**

6 Dated:  March 4, 2015



EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California

2
Case No.: 5:14-cv-02541-EJD
ORDER TO SHOW CAUSE